# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**JUDGMENT IN A CIVIL CASE**

BILLY DAVID JOHNSON,

    Movant

**V.**                                                                Case No. 05-4022-Cv-C-NKL-P

UNITED STATES OF AMERICA,

    Respondent

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: movant's motion to vacate, set aside, or correct movant's sentence pursuant to 28 U.S.C. § 2255 is denied, and this case is dismissed with prejudice(NKL)(dw)

Entered on: 6/23/05

                                                                           P.L. BRUNE
                                                                           CLERK OF COURT

                                                                           D.M. WEINZERL
                                                                           (By) Deputy Clerk